UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | No. 4:26 MJ 8169 SRW |
| CHAD BROWN, Defendant. | ) | |

**MOTION FOR PRETRIAL DETENTION AND HEARING**

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and James C. Delworth, Special Assistant United States Attorney for said District, and moves the Court to order the defendant detained pending trial, and further requests that a detention hearing be held three (3) days from the date of defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

The Government in support of its motion states as follows:

1. The defendant is charged by complaint with a drug trafficking offense for which a maximum term of imprisonment of twenty years or more is prescribed in Title 21, United States Code, Section 841(a)(1) thereby raising a rebuttable presumption of detention under Title 18, United States Code, Section 3142 (e)(3)(A).

2. The drug charge alleges more than 10 kilograms of cocaine and a minimum term of imprisonment is prescribed in Title 21, United States Code, Section 841(b)(1)(A)(ii).

3. Defendant is currently serving a term of supervised release out of the Northern District of Georgia following a 2024 conviction for bank fraud in the Eastern District of Missouri. Additionally, defendant has previously been convicted in 2016 of conspiracy to distribute and

possess with the intent to distribute controlled substances and money laundering in the Eastern District of Missouri.

4. On August 14, 2026, a search warrant was executed at a house where defendant was residing. Approximately 53 kilograms of cocaine was located in the residence with approximately 49 kilograms located in a bedroom in which defendant appeared to be staying. Two firearms were also located in the bedroom.

5. Defendant poses a danger to the community and is a flight risk.

WHEREFORE, the Government requests this Court to order defendant detained prior to trial, and further to order a detention hearing three (3) days from the date of defendant's initial appearance.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

/s/ *James Delworth*
JAMES DELWORTH, #29702MO
Special Assistant United States Attorney